UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 19 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SECURITIES AND EXCHANGE
COMMISSION,

　　　　　　　　　　　　Plaintiff,

　　v.

UBS AG,

　　　　　　　　　　　　Defendant.

Civil Action No. 09-316 TR

### FINAL JUDGMENT AS TO DEFENDANT UBS AG

The Securities and Exchange Commission ("Commission") having filed a Complaint and Defendant UBS AG ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment as to Defendant UBS AG ("Final Judgment") without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 15(a) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. §78o(a)] by making use of the mails or any means or instrumentality of interstate

commerce to effect any transactions in, or to induce or attempt to induce the purchase or sale of, any security (other than an exempted security or commercial paper, bankers' acceptances or commercial bills) unless Defendant is registered with the Commission in accordance with Section 15(b) of the Exchange Act [15 U.S.C. §78o(b)].

## II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 203(a) of the Investment Advisers Act of 1940 ("Advisers Act") [15 U.S.C. §80b-3(a)] by, unless registered as required under Section 203(a) of the Advisers Act [15 U.S.C. §80b-3(a)], making use of the mails or any means or instrumentality of interstate commerce in connection with the business as an investment adviser.

## III.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is liable for disgorgement of $200 million representing ill-gotten gains resulting from the conduct alleged in the Complaint.  Defendant shall satisfy this obligation as follows:  (i) an initial payment of $10 million to be paid by six months from the date of entry of the Final Judgment; (ii) a second payment of $10 million to be paid by one year from the date of entry of the Final Judgment; and, (iii) the remaining balance of $180 million to be paid on or before August 31, 2010, all such payments to be made by certified check, bank cashier's check, or United States postal money order payable to the

Securities and Exchange Commission. Each payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying UBS AG as the defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant shall simultaneously transmit a photocopy of each such payment and the letter to the attention of Thomas D. Silverstein, at Securities and Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. §1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury, and that amount shall be remitted in addition to the total of $180 million in disgorgement that Defendant has agreed to pay to the United States Treasury pursuant to the Deferred Prosecution Agreement between UBS AG and the United States Department of Justice signed on February 18, 2009.

### IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall comply with the undertakings set forth in its Consent, provided, however, that solely for the purpose of complying with those undertakings, Defendant shall not be deemed to have violated Section 15(a) of the Exchange Act or Section 203(a) of the Advisers Act.

**V.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

**VI.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: _March 19_, 2009

_____
UNITED STATES DISTRICT JUDGE